242

# Frances M. Leveillee v. Robert H. Terjelian

[ 246 A.2d 832 ]

June Term, 1968

Present: Holden, C.J., Shangraw, Barney, Smith and Keyser, JJ.

Opinion Filed October 1, 1968

*Lisman & Lisman* for the Plaintiff.

*Joseph C. Wool, Esq.,* and *Saul Lee Agel, Esq.,* for the Defendant.

**Shangraw, J.** The facts, circumstances, and question for review, are essentially the same as in the reported case of *Fairview Garage, Inc.* v. *Terjelian,* Vt. 246, A.2d 830.

The opinion in that case controls here.

*Judgment affirmed.*